1  Pro Se
   Harriet Menezes
2  169 Thoreau Street, Apt. 8
   Concord, MA 01742
3

4

5

6  Harriet Menezes,                           )  CIVIL ACTION
                                              )
7              Plaintiff,                     )  Case No.:
                                              )
8        vs.                                  )
                                              )
9  Association of Flight Attendants, et       )
                                              )
10 al and United Airlines, Inc., et al.       )
                                              )
11             Defendants                     )
                                              )
12                                            )
                                              )
13  _____  )

14

15                MOTION FOR APPOINTMENT OF COUNSEL

16  1. I respectfully request appointment of counsel to proceed in my case, pro

17     bono, 28 USC sec. 1915.

18  2. There is complexity of joinder and jurisdiction beyond my understanding

19     (Fed R Civ. P 23.2 Actions Relating to Unincorporated Associations). Thus,

20     I submit two related claims: a Federal Question for Massachusetts

21     defendants and the union; and Federal Diversity for United Airlines

22     incorporation, and members of the union out of state.

23  3. My current income is $740/month, and $370/month from a life insurance

24     policy that may cancel pending my ability to work.

25  4. I have attempted to secure legal counsel as follows: I have contacted the

       National Labor Relations Board (November 22, 2003 charge removed), the


                          COMPLAINT - 1

National Mediation Board, the various U.S. Department of Labor, and office of the Attorney General.

5. The American Bar Association, Massachusetts Bar Association, Middlesex County Bar Association, and Board of Bar Overseers.

6. The Lawyers Guild; Legal Advocacy & Resource Center; the Volunteer Lawyers project, and the Greater Boston Legal Services.

7. The Boston Bar Association referred me to reduced fee #67203 Attorney Scott Adams, and #67448 reduced fee to Robert Thomas who I have not been able to afford to talk to.

8. Law school clinics and labor law professors in Boston (Prof. Marc Greenbaum of Suffolk; Prof. Richard Zaiger of Boston College).

9. The National Right to Work Legal Defense Foundation, Inc. rejected case.

10.   The American Civil Liberties Union, Michael Avitzur (November, 2003).

11.   Labor Arbitration NE, Roger Abrams.

12.   Massachusetts office on disability; EEOC office; ADA hotline; and the Massachusetts Commission Against Discrimination.

13.   Massachusetts Continuing Legal Education (July, 2003).

14.   Catholic Charities for Boston College Law School support.

Dated this 23rd day of February, 2004

Harriet Menezes
169 Thoreau Street, 8
Concord, MA 01742
Pro Se
(978)369-4693

COMPLAINT - 2