UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
HARRIET MENEZES,              )
         Plaintiff            )
                              )
     v.                       )   C.A. No. 04-10366-JLT
                              )
UNITED AIRLINES, INC., et al.,)
         Defendants.          )
```

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is plaintiff's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that plaintiff's motion for appointment of counsel is denied without prejudice to filing such a motion after the named defendants have filed responsive pleadings to the complaint.

Dated at Boston, Massachusetts, this 29th day of June, 2004.

/s/ Joseph L. Tauro
JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE