IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 SEP 22 P 4:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| HARRIET MENEZES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASSOCIATION OF FLIGHT ATTENDANTS- )<br>CWA, AFL-CIO, et al., )<br>)<br>Defendants. )<br>) | Civil Case No. 04-10366JLT |

## MOTION TO DISMISS OF DEFENDANTS THE ASSOCIATION OF FLIGHT ATTENDANTS-CWA AND PATRICIA FRIEND, PAUL MAC KINNON, SHIRLEY BARBER AND MARIA TORRE

Defendant, the Association of Flight Attendants-CWA, AFL-CIO ("AFA" or "the Union"), and individual defendants, Patricia Friend, Paul Mac Kinnon, Shirley Barber and Maria Torre, by and through their attorneys and pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, hereby move for dismissal of the Complaint in its entirety as the Court lacks jurisdiction over the subject matter thereof, and plaintiff has failed to state a claim upon which relief can be granted against the individual defendants. This motion is supported by the accompanying Memorandum of Points and Authorities, and exhibits attached thereto, as well as any oral argument presented before this Court.

Dated:   September 22, 2004

        Respectfully submitted,

*Edward J. Gilmartin /ir*
Edward J. Gilmartin
Association of Flight Attendants-CWA,
  AFL-CIO
501 Third Street, N.W.
9th Floor
Washington, DC 20001-2797
(202) 434-0577

*Indira Talwani*
Mary T. Sullivan
Indira Talwani
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108
(617) 742-0208

Attorneys for AFA, Patricia Friend, Paul Mac Kinnon, Sue Cook, Karen Scopa, Shirley Barber, and Maria Torre

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Dismiss has been served upon the Plaintiff, Harriett Menezes, 169 Thoreau Street, Apt. 8, Concord, MA 01742 and Brigitte M. Duffy, Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210 by first class mail this 22nd day of September, 2004.

*Indira Talwani*
Indira Talwani