**ASSOCIATION OF FLIGHT ATTENDANTS** AFL-CIO                    EXHIBIT 2

*1275 K Street, NW, Washington, DC 20005-4090*

TOLL FREE 800-424-2401

May 16, 2003


Ms. Harriet Menezes
169 Thoreau Street Suite 8
Concord, MA  01742


Re: Past Due Indebtedness:    $39.00
    Total Balance Due:        $117.00

Dear Ms. Menezes:

Over the past several months we have tried to notify you regarding your past due indebtedness to the Association for membership dues and/or initiation fee. As of <u>April 30, 2003</u> we have not received sufficient payment nor other information which would indicate a status change requiring an adjustment to your balance due.

As Secretary/Treasurer of the Association of Flight Attendants, and consistent with Article IV.E.1.c and Article XII of the Association Constitution and Bylaws, it is my responsibility to inform you, I am invoking the Union Security clause in your contract. This clause is part of your contractual agreement between you, your employer and the Association which requires you to be notified of your delinquent financial obligation fifteen (15) days prior to the Association formally requesting your termination as an employee. Unless payment in full of your past due indebtedness or information indicating that AFA's determination concerning your status is incorrect is received within fifteen (15) days of your receipt of this letter, I have no alternative other than to request your termination of employment from your airline.

Should you have any questions regarding this matter, please contact our Accounts Receivable Department IMMEDIATELY at 1-800-424-2401, EXTENSION 860.

Sincerely,

[signature]

Paul G. Mac Kinnon
International Secretary-Treasurer

cc: United Airlines
    MEC President United Airlines
    LEC President Council 27
    Membership File - 11224053

INFLIGHT SAFETY PROFESSIONALS

INTERNATIONAL TRANSPORT WORKERS FEDERATION

```
7160 3901 9844 4500 8238

TO:

11-224053   27
Harriet Menezes
169 Thoreau Street Suite 8
Concord, MA   01742

SENDER:
        AFA
REFERENCE: Angela Davis

Standing 3 Letter
```

PS Form 3800, June 2000

**Certified Article Number**

7160 3901 9844 4500 8238

**SENDERS RECORD**

| US Postal Service **Receipt for Certified Mail** No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE 05/16/2003 |

page 2

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9844 4500 6238 | A. Received by (Please Print Clearly) HARRIET MENEZES | B. Date of Delivery 5-28-03 |
| | C. Signature X 5/28 Harriet May | ☒ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☒ No |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | | |

1. Article Addressed to:

Ms. Harriet Menezes
169 Thoreau Street Suite 8
Concord, MA  01742

MAY 3 0 2003

PS Form 3811, July 2001         Domestic Return Receipt

page 3