**ASSOCIATION OF FLIGHT ATTENDANTS** AFL-CIO
*1275 K Street, N.W. Washington, DC 20005-4090*

TOLL FREE 800-424-2401

August 4, 2003

Mr. Frank Colosi
Director, Labor Relations-InFlight
United Airlines, Inc.
Box 66100
Chicago, IL 60666

Dear Mr. Colosi:

In accordance with the Union Security Clause of your employment agreement in effect between United Airlines and the Association of Flight Attendants and specifically as provided by Section 30-c-2 of said agreement, we herewith call upon the Company to terminate the employment of the following named employee for non-compliance with such agreement.

       Harriet Menezes   Employee# 224053

All notices, as required, have been given and our records do not disclose compliance by this employee.

Please advise the Association in writing as to the effective date of termination.

Your prompt cooperation will be appreciated.

Sincerely,

Paul G. Mac Kinnon
International Secretary-Treasurer

cc: MEC President, United Airlines
    LEC President, Council 27
    [redacted] 224053
    Flight Attendant
    Legal

INFLIGHT SAFETY PROFESSIONALS

INTERNATIONAL TRANSPORT WORKERS FEDERATION

*page 1*

ASSOCIATION OF FLIGHT ATTENDANTS AFL-CIO
1275 K Street, NW, Washington, DC 20005-4006
TOLL FREE 800-424-2401

## FINAL NOTICE

| AFA NO. | EMPLOYEE NO. | AIRLINE | COUNCIL | STATUS |
|---|---|---|---|---|
| 11-224053 | 224053 | UAL | 27 | MEMB/A |

Ms Harriet Menezes
169 Thoreau Street Suite 8
Concord, MA  01742

PLEASE KEEP THIS PORTION FOR YOUR RECORDS.

AS OF: 07/31/03

| INVOICE NO. | TRANSACTION DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 4674770 | 12/31/02 | MEMB Dues - Nov 02 | 39.00 |
| 4680495 | 01/31/03 | MEMB Dues - Dec 02 | 39.00 |
| 4687543 | 02/28/03 | MEMB Dues - Jan 03 | 39.00 |

FULL PAYMENT MUST BE MADE BY MONEY ORDER, CASHIER'S OR CERTIFIED CHECK

**TOTAL DUE:** 117.00

* * SPECIAL MESSAGE * *
YOUR ACCOUNT IS SUFFICIENTLY DELINQUENT TO REQUEST YOUR TERMINATION. CALL ANGELA DAVIS, IMMEDIATELY 1-800-424-2401 EXT 843. PERSONAL CHECK IS NOT ACCEPTED. PYMT MUST BE BY MONEY ORDER, CERT. CHECK OR CREDIT CARD (VISA/MC) ONLINE (www.afanet.org) CLICK ON DUES PAY!

CONTRIBUTIONS OR GIFTS TO THE ASSOCIATION OF FLIGHT ATTENDANTS ARE NOT DEDUCTIBLE AS CHARITABLE CONTRIBUTIONS FOR FEDERAL INCOME TAX PURPOSES. DUES PAID TO THE ASSOCIATION OF FLIGHT ATTENDANTS, HOWEVER, MAY QUALIFY AS BUSINESS EXPENSES AND MAY BE DEDUCTIBLE IN LIMITED CIRCUMSTANCES SUBJECT TO RESTRICTIONS IMPOSED BY THE INTERNAL REVENUE CODE

ASSOCIATION OF FLIGHT ATTENDANTS AFL-CIO
1275 K Street, NW, Washington, DC 20005-4006
TOLL FREE 800-424-2401

## FINAL NOTICE

| AFA NO. | AIRLINE | STATUS |
|---|---|---|
| 11224053 | UAL | MEMB/A |

◀ DETACH AND RETURN WITH REMITTANCE.
* FINAL NOTICE *

Ms Harriet Menezes
169 Thoreau Street Suite 8
Concord, MA  01742

AS OF: 07/31/03      $ _____  AMOUNT ENCLOSED

| INVOICE NO. | DESCRIPTION | AMOUNT |
|---|---|---|
| 04674770 | Dues - Nov 02 | 39.00 |
| 04680495 | Dues - Dec 02 | 39.00 |
| 04687543 | Dues - Jan 03 | 39.00 |

MAKE CHECK PAYABLE TO:
ASSOCIATION OF FLIGHT ATTENDANTS
11-224053     PAYCODE: 1

**TOTAL DUE:** 117.00

*If paying by credit card, enter credit card number here.*

Expiration Date   MM / YY

Signature _____

