## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Harriet Menezes )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>United Airlines, Inc., and Frank Colosi, )<br>individually and as Labor Relations Manager)<br>of United Airlines, and Sara Fields, )<br>Vice President, and Paul MacKinnon, )<br>individually and as International Treasurer )<br>of Association of Flight Attendants, Shirley )<br>Barber as International Treasurer of United )<br>Airlines Master Executive Council of the )<br>Association of Flight Attendants, Maria )<br>Torre individually and as Association of )<br>Flight Attendants Chairman of Grievance )<br>Committee, Pat Friend, individually and as )<br>President of Association of Flight Attendants)<br>    Defendants. )  | C.A. No. 04-10366 JLT |

### NOTICE OF APPEARANCE

Kindly enter the appearances of Yvette Politis and Brigitte Duffy of Seyfarth Shaw LLP, Two Seaport Lane, Suite 300, Boston, MA 02110, as counsel for the Defendants United Airlines, Inc., Frank Colosi and Sara Fields in connection with the above-captioned action.

                                                             Respectfully submitted,
                                                             UNITED AIRLINES INC.,
                                                             FRANK COLOSI AND SARA FIELDS
                                                             By their attorneys,

                                                             /s/ Yvette Politis
                                                            Brigitte Duffy (BBO No. 565724)
                                                           Yvette Politis (BBO No. 644986)
                                                           SEYFARTH SHAW
                                                           World Trade Center East
                                                           Two Seaport Lane, Suite 300
                                                           Boston, MA 02210
Dated: October 5, 2004                              (617) 946-4800

2

CERTIFICATE OF SERVICE

      I, Yvette Politis, hereby certify that on October 5, 2004, I served the foregoing document, by first class mail on plaintiff, pro se, Harriet Menezes, 169 Thoreau Street, Unit 8, Concord, MA 01742.

      /s/ Yvette Politis
      Yvette Politis

BO1 15672153.1