IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRIET MENEZES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 04-10365JLT |
| ) | |
| ASSOCIATION OF FLIGHT ATTENDANTS- ) | |
| CWA, AFL-CIO, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION OF EDWARD GILMARTIN PRO HAC VICE AND RULE 7.1 CERTIFICATE

Mary T. Sullivan, a member of the bar of this Court, respectfully moves the Court pursuant to Rule 83.5.3(b) if the Local Rules of the United States District Court for the District of Massachusetts, to admit Edward Gilmartin to the bar of this Court *pro hac vice* to serve as counsel to the Association of Flight Attendants-CWA, AFL-CIO-CWA, Patricia Friend, Paul Mac Kinnon, Sue Cook, Karen Scopa, Shirley Barber, and Maria Torre. Attached hereto is a Declaration from Mr. Gilmartin describing his credentials and his understanding of and submission to the rules of this Court.

Attorney Gilmartin has attempted to contact the Plaintiff but has been unable to reach the Plaintiff regarding this Motion. Attorney Politis assents on behalf of Paula DiMartino.

A proposed Order is submitted herewith.

Allowed
/s/ T. [illegible] 10/7/04

Respectfully submitted,

_____
Mary T. Sullivan, BBO # 487130

Indira Talwani, BBO # 645577
SEGAL, ROITMAN, AND COLEMAN
11 Beacon St., Suite 500
Boston, MA 02108
(617) 742-0208

Attorneys for The Association of Flight
Attendants-CWA, AFL-CIO, Patricia
Friend, Paul Mac Kinnon, Sue Cook, Karen,
Scopa, Shirley Barber, and Maria
Torre

Dated: October 6, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Motion For Admission of Edward Gilmartin *Pro Hac Vice,* Affidavit of Edward Gilmartin and proposed Order was served upon Harriett Menezes, 169 Thoreau Street, Apt. 8, Concord, MA 01742 and Brigitte Duffy and Yvette Politis, Seyfarth Shaw, World Trade Center East, Two Seaport Lane, Suite 300, Boston, MA 02210 by hand this 6th day of October, 2004.

Mary T. Sullivan

Mts/1206-04353/prohac.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRIET MENEZES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASSOCIATION OF FLIGHT ATTENDANTS- )<br>CWA, AFL-CIO, et al., )<br>)<br>Defendants. )<br>) | Civil Case No. 04-10365JLT |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Motion to admit Attorney Edward Gilmartin to the Bar of this Court *pro hac vice* to appear on behalf of defendant Association of Flight Attendants-CWA, AFL-CIO, Patricia Friend, Paul Mac Kinnon, Sue Cook, Karen Scopa, Shirley Barber, and Maria Torre is hereby **GRANTED**.

Joseph L. Tauro, United States District Judge

Dated: October 6, 2004