UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARRIET MENEZES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-10366-JLT |
| | * | |
| | * | |
| UNITED AIRLINES, INC., et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

October 6, 2004

TAURO, J.

After a conference on October 6, 2004, this court hereby orders that:

1.    The Parties are to return to this court on November 8, 2004 at 10:00 a.m. for a

settlement conference; and

2.    All proceedings are stayed until further order of this court.

IT IS SO ORDERED.

                                                    /s/ Joseph L. Tauro
                                                    United States District Judge