**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Harriet Menezes<br>　　　Plaintiff,<br><br>vs.<br><br>United Airlines, Inc., and Frank Colosi, individually and as Labor Relations Manager of United Airlines, and Sara Fields, Vice President, and Paul MacKinnon, individually and as International Treasurer of Association of Flight Attendants, Shirley Barber as International Treasurer of United Airlines Master Executive Council of the Association of Flight Attendants, Maria Torre individually and as Association of Flight Attendants Chairman of Grievance Committee, Pat Friend, individually and as President of Association of Flight Attendants,<br>　　　Defendants. | C.A. No. 04-10366 JLT |

## **STIPULATION OF DISMISSAL**

The parties hereby stipulate that the above-captioned action is dismissed with prejudice and without costs and/or fees to either party, all rights of appeal waived.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| HARRIET MENEZES<br>Pro Se | SHIRLEY BARBER, PAT FRIEND, PAUL MACKINNON AND MARIA TORRE |
| /s/ Harriet Menezes<br>169 Thoreau Street, Apt. 8<br>Concord, MA 01742<br>Tel: (978) 369-4693 | By their attorneys,<br><br>/s/ Edward J. Gilmartin<br>Edward J. Gilmartin<br>501 Third Street N.W.<br>9th Floor<br>Washington, DC 20001-2797<br>(202) 434-0577<br><br>/s/ Mary T. Sullivan<br>Mary T. Sullivan<br>Indira Talwani<br>Segal, Roitman & Coleman<br>11 Beacon Street, Suite 500<br>Boston, MA 02108 |
| DATED: January 6, 2005 | DATED: January 6, 2005 |

Respectfully submitted,

UNITED AIRLINES INC., FRANK COLOSI AND SARA FIELDS
By their attorneys,

/s/ Brigitte M. Duffy
Brigitte M. Duffy (BBO # 565724)
Yvette Politis (BBO # 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110
(617) 946-4800

DATED: January 6, 2005