## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Harriet Menezes <br>     Plaintiff, <br><br> v. <br><br> Association of Flight Attendants, CWA, <br> AFL, CIO, and Karen Scopa, individually <br> and as President of Association of Flight <br> Attendants Boston, Sue Cook individually <br> and as representative Secretary Association <br> of Flight Attendant Boston and Steve <br> Fontakis, individually and as Manager at <br> United Airlines, and Paula DiMartino as <br> Administrative Supervisor at United <br> Airlines, <br>     Defendants. | C.A. No. 04-10365 JLT |

### STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-captioned action is dismissed with

prejudice and without costs and/or fees to either party, all rights of appeal waived.

Respectfully submitted,

HARRIET MENEZES
Pro Se

/s/ Harriet Menezes
169 Thoreau Street, Apt. 8
Concord, MA 01742

Respectfully submitted,

ASSOCIATION OF FLIGHT ATTENDANTS-
CWA, AFL-CIO, SUE COOK AND KAREN
SCOPA

By their attorneys,

/s/ Edward J. Gilmartin
Edward J. Gilmartin
501 Third Street N.W.
9th Floor
Washington, DC 20001-2797
(202) 434-0577

/s/ Mary T. Sullivan
Mary T. Sullivan
Indira Talwani
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

DATED:  January 6, 2005

DATED:  January 6, 2005

Respectfully submitted,

PAULA DIMARTINO AND STEVE FONTAKIS

By their attorneys,

/s/ Brigitte M. Duffy
Brigitte M. Duffy (BBO # 565724)
Yvette Politis (BBO # 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110
(617) 946-4800

DATED:  January 6, 2005

2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Harriet Menezes )
    Plaintiff, )
   )
   )
v. )
   )
Association of Flight Attendants, CWA, )
AFL, CIO, and Karen Scopa, individually )     C.A. No. 04-10365 JLT
and as President of Association of Flight )
Attendants Boston, Sue Cook individually )
and as representative Secretary Association )
of Flight Attendant Boston and Steve )
Fontakis, individually and as Manager at )
United Airlines, and Paula DiMartino as )
Administrative Supervisor at United )
Airlines, )
    Defendants. )
   )

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-captioned action is dismissed with

prejudice and without costs and/or fees to either party, all rights of appeal waived.

Respectfully submitted,

HARRIET MENEZES
Pro Se

*Harriet Menezes*

169 Thoreau Street, Apt. 8
Concord, MA 01742
Tel: (978) 369-4693

Respectfully submitted,

ASSOCIATION OF FLIGHT ATTENDANTS-
CWA, AFL-CIO, SUE COOK AND KAREN
SCOPA

By their attorneys,

_____
Edward J. Gilmartin
501 Third Street N.W.
9th Floor
Washington, DC 20001-2797
(202) 434-0577

_____
Mary T. Sullivan
Indira Talwani
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

DATED:  November 23, 2004

DATED:  November __, 2004

Respectfully submitted,

PAULA DIMARTINO AND STEVE FONTAKIS

By their attorneys,

_____
Brigitte M. Duffy (BBO # 565724)
Yvette Politis (BBO # 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110
(617) 946-4800

DATED:  November __, 2004

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Harriet Menezes<br>    Plaintiff,<br><br>vs.<br><br>United Airlines, Inc., and Frank Colosi,<br>individually and as Labor Relations Manager<br>of United Airlines, and Sara Fields, Vice<br>President, and Paul MacKinnon,<br>individually and as International Treasurer<br>of Association of Flight Attendants, Shirley<br>Barber as International Treasurer of United<br>Airlines Master Executive Council of the<br>Association of Flight Attendants, Maria<br>Torre individually and as Association of<br>Flight Attendants Chairman of Grievance<br>Committee, Pat Friend, individually and<br>as President of Association of Flight<br>Attendants,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-10366 JLT |

### <u>STIPULATION OF DISMISSAL</u>

    The parties hereby stipulate that the above-captioned action is dismissed with

prejudice and without costs and/or fees to either party, all rights of appeal waived.

Respectfully submitted,

HARRIET MENEZES
Pro Se

/s/ Harriet Menezes
169 Thoreau Street, Apt. 8
Concord, MA 01742
Tel: (978) 369-4693

Respectfully submitted,

SHIRLEY BARBER, PAT FRIEND, PAUL
MACKINNON AND MARIA TORRE

By their attorneys,

/s/ Edward J. Gilmartin
Edward J. Gilmartin
501 Third Street N.W.
9th Floor
Washington, DC 20001-2797
(202) 434-0577


/s/ Mary T. Sullivan
Mary T. Sullivan
Indira Talwani
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

DATED:  January 6, 2005

DATED:  January 6, 2005


Respectfully submitted,

UNITED AIRLINES INC., FRANK COLOSI
AND SARA FIELDS
By their attorneys,

/s/ Brigitte M. Duffy
Brigitte M. Duffy (BBO # 565724)
Yvette Politis (BBO # 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110
(617) 946-4800


DATED:   January 6, 2005

2

BOI 15679531.2

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Harriet Menezes )<br>     Plaintiff, )<br>)<br>vs. )<br>)<br>United Airlines, Inc., and Frank Colosi, )<br>individually and as Labor Relations Manager)<br>of United Airlines, and Sara Fields, Vice )<br>President, and Paul MacKinnon, )<br>individually and as International Treasurer )<br>of Association of Flight Attendants, Shirley )<br>Barber as International Treasurer of United )<br>Airlines Master Executive Council of the )<br>Association of Flight Attendants, Maria )<br>Torre individually and as Association of )<br>Flight Attendants Chairman of Grievance )<br>Committee, Pat Friend, individually and )<br>as President of Association of Flight )<br>Attendants, )<br>     Defendants. ) | C.A. No. 04-10366 JLT |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that the above-captioned action is dismissed with prejudice and without costs and/or fees to either party, all rights of appeal waived.

Respectfully submitted,

HARRIET MENEZES
Pro Se

*[signature]*

169 Thoreau Street, Apt. 8
Concord, MA 01742
Tel: (978) 369-4693

Respectfully submitted,

SHIRLEY BARBER, PAT FRIEND, PAUL
MACKINNON AND MARIA TORRE

By their attorneys,

_____
Edward J. Gilmartin
501 Third Street N.W.
9th Floor
Washington, DC 20001-2797
(202) 434-0577

_____
Mary T. Sullivan
Indira Talwani
Segal, Roitman & Coleman
11 Beacon Street, Suite 500
Boston, MA 02108

DATED:  November 22, 2004

DATED:   November __, 2004

Respectfully submitted,

UNITED AIRLINES INC., FRANK COLOSI
AND SARA FIELDS
By their attorneys,

_____
Brigitte M. Duffy (BBO # 565724)
Yvette Politis (BBO # 644986)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02110
(617) 946-4800

DATED:   November __, 2004

2